UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                              Plaintiff,<br><br>                -against-<br><br>KENNEDY CHICKEN & BURGER INC, a<br>New York corporation, d/b/a KENNEDY'S<br>CHICKEN & BURGERS, and 2535<br>WEBSTER 3769 LLC, a New York limited<br>liability company,<br><br>                              Defendants. | 24-CV-4463 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: June 14, 2024                              SO ORDERED.
            New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge