UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>                          Plaintiff,<br><br>-against-<br><br>KENNEDY CHICKEN & BURGER INC, et al.,<br><br>                          Defendants. | 24-CV-4463 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **September 20, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: September 5, 2024
       New York, New York

                                                                SO ORDERED.

                                                                JESSICA G. L. CLARKE
                                                                United States District Judge