UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO VELASQUEZ,<br><br>       Plaintiff,<br><br>-against-<br><br>KENNEDY CHICKEN & BURGER INC., et al.,<br><br>       Defendants. | 24-CV-04463 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 25, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 2, 2025
    New York, New York

                    SO ORDERED.

                    *Jessica Clarke*

                    JESSICA G. L. CLARKE
                    United States District Judge